JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:21-cv-01980-RFB-EJY<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 22, 2021 through and including **December 22, 2021**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

. . .

. . .

. . .

. . .

. . .

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause
2  delay.
3         Respectfully submitted, this 19TH day of November, 2021.

5  CLARK HILL PLLC

6  By:  /s/Jeremy J. Thompson
    Jeremy J. Thompson
7  Nevada Bar No. 12503
    3800 Howard Hughes Pkwy,
8  Suite 500
    Las Vegas, NV 89169
9  Tel: (702) 862-8300
    Fax: (702) 862-8400
10 Email: jthompson@clarkhill.com

12 *Attorney for Defendant Equifax Information Services LLC*

**No opposition**

 /s/David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

18 IT IS SO ORDERED:

19 _____
20 United States Magistrate Judge

21 DATED:  November 19, 2021

- 2 -